**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| IN RE: SHELL EGGS ANTITRUST LITIGATION<br><br><br>This document relates to:<br>All Actions | Case No. 26-md-3175-jdp<br>MDL No. 3175<br><br>Chief Judge James D. Peterson<br>Magistrate Judge Anita M. Boor |

**PLAINTIFFS' MOTION TO EXTEND CERTAIN DEADLINES**
**IN THE INITIAL JUDICIAL MANAGEMENT CONFERENCE ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Direct, Commercial Indirect, and Consumer Indirect Purchasers (collectively, "Plaintiffs") move for a 21-day extension of the following case management deadlines set forth in the Initial Judicial Management Conference Order (Dkt. No. 105): (1) the filing of Plaintiffs' consolidated complaints; (2) briefing on Defendants' motions to dismiss; (3) the filing of the parties' Rule 26(f) report; and (4) the Rule 16 scheduling conference. Plaintiffs have conferred with Defendants regarding this motion, and they take no position on the requested relief. This motion is based on this notice, the concurrently filed memorandum of points and authorities, the declaration of Brian J. Dunne, as well as any further argument the Court may consider in support of the motion.

Dated: July 2, 2026

*s/ Bobby Pouya*

Daniel L. Warshaw (*pro hac vice*)
Bobby Pouya (*pro hac vice*)
Adrian Buonanoce (*pro hac vice*)
Naveed Abaie (*pro hac vice*)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Tel. (818) 788-8300
dwarshaw@pwfirm.com
bpouya@pwfirm.com
abuonanoce@pwfirm.com
nabaie@pwfirm.com

Brian S. Pafundi (*pro hac vice*)
**PEARSON WARSHAW, LLP**
328 Barry Ave. South, Suite 200
Wayzata, MN 55391
Tel. (612) 389-0600
bpafundi@pwfirm.com

Neil Swartzberg (Pro Hac Vice)
555 Montgomery St., Suite 1205
San Francisco, CA 94111
**PEARSON WARSHAW, LLP**
Tel. (415) 433-9000
nswartzberg@pwfirm.com

*s/ Thomas H. Burt*

Thomas H. Burt
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
burt@whafh.com

Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604

Respectfully submitted,

*s/ Brian J. Dunne*

Brian J. Dunne
Edward M. Grauman
Kaki J. Johnson
**BATHAEE DUNNE LLP**
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Phone: 512-575-8848
bdunne@bathaeedunne.com
egrauman@bathaeedunne.com
kjohnson@bathaeedunne.com

Yavar Bathaee
Andrew Wolinsky
**BATHAEE DUNNE LLP**
445 Park Ave, 9th Floor
New York, NY 10022
Phone: 332-208-7337
yavar@bathaeedunne.com
awolinsky@bathaeedunne.com

Allison Watson
**BATHAEE DUNNE LLP**
3420 Bristol Street, Suite 600
Costa Mesa, CA 92626
Phone: 213-458-7075
awatson@bathaeedunne.com

*Consumer Indirect Coordinating and Liaison Counsel*

*s/ Christopher M. Burke*

Christopher M. Burke
John Chisholm
Yifan (Kate) Lv
**Burke LLP**
402 West Broadway, Suite 1890
San Diego, CA 92101
Telephone: (619) 369-8244
cburke@burke.law
jchisholm@burke.law
klv@burke.law

2

Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Betsy C. Manifold
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Tel: (619) 239-4599
Fax: (619) 234-4599
manifold@whafh.com

*Consumer Indirect Co-Lead Class Counsel*

*s/ David M. Cialkowski*
David M. Cialkowski
Ian F. McFarland
Zachary J. Freese
Giselle M. Webber
**ZIMMERMAN REED LLP**
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Tel: (612) 341-0400
david.cialkowski@zimmreed.com
ian.mcfarland@zimmreed.com
zachary.freese@zimmreed.com
giselle.webber@zimmreed.com

*s/ Michael J. Flannery*
Michael J. Flannery (*pro hac vice*)
**CUNEO GILBERT FLANNERY & LADUCA,**
**LLP**
Two City Place Drive
Second Floor
St. Louis, MO 63141
Tel: (314) 226-1015
mflannery@cuneolaw.com

Evelyn Riley (*pro hac vice*)
Cody McCracken (*pro hac vice*)
**CUNEO GILBERT FLANNERY & LADUCA,**
**LLP**
2445 M St. NW

*s/ Vincent Briganti*
Vincent Briganti
Raymond P. Girnys
Peter A. Barile III
Peter Demato
Nicole A. Veno
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Phone: (914) 997-0500
vbriganti@lowey.com
rgirnys@lowey.com
pbarile@lowey.com
pdemato@lowey.com
nveno@lowey.com

*Direct Purchaser Co-Lead Class Counsel*

3

Suite 740
Washington, DC 20037
Telephone: (202) 789-3960
Fax: (202) 789-1813
evelyn@cuneolaw.com
cmccracken@cuneolaw.com

*Commercial Indirect Co-Lead Counsel*