# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: SHELL EGGS ANTITRUST LITIGATION<br><br>This document relates to:<br>All Actions | Case No. 26-md-3175-jdp<br>MDL No. 3175<br><br>Chief Judge James D. Peterson<br>Magistrate Judge Anita M. Boor |

## ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND CERTAIN DEADLINES IN THE INITIAL JUDICIAL MANAGEMENT CONFERENCE ORDER

Direct, Commercial Indirect, and Consumer Indirect Purchaser Class Plaintiffs' (collectively "Plaintiffs") unopposed motion to extend certain deadlines in the Judicial Management Conference Order, Dkt. No. 105, is now before the Court. Upon consideration of the motion and all documents submitted in support thereof, the Court find good cause to GRANT the motion and orders as follows:

1. The deadline for Plaintiffs to file consolidated complaints is continued from July 10, 2026, to July 31, 2026;

2. The deadline for Defendants to file any motion to dismiss the consolidated complaints is continued from August 21, 2026, to September 11, 2026;

3. The deadline for Plaintiffs to oppose any motions to dismiss the consolidated complaints is continued from September 25, 2026, to October 9, 2026;

4. The deadline for Defendants to file replies in support of any motions to dismiss the consolidated complaints is continued from October 16, 2026, to November 6, 2026;

5.      The deadline for the parties to file their Rule 26(f) report is continued from July 31, 2026, to August 21, 2026; and

6.      The Rule 16 scheduling conference is continued until September 18, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Court.

BY THE COURT:

Dated: _____          _____

JAMES D. PETERSON
District Judge

2